**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

| Case No: | 05-48385 -SQU | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | YOUNG, PAUL H | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4095 Money Market Account (Interest |
| Taxpayer ID No: | *******2233 | | |
| For Period Ending: | 09/11/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| C 06/12/06 | 1 | Martha M. Attiyeh | Sale of Real Estate | | 48,801.96 | | 48,801.96 |
| | | MARTHA M. ATTIYEH | Memo Amount: 207,000.00 | 1110-000 | | | |
| | | | Sale of Real Estate | | | | |
| | | PORTFOLIO SERVICING, INC. | Memo Amount: ( 136,037.17 ) | 4110-000 | | | |
| | | | First Mortgage Payoff | | | | |
| | | COLDWELL BANKER | Memo Amount: ( 12,715.00 ) | 3510-000 | | | |
| | | | Broker's Commission | | | | |
| | | | Memo Amount: ( 4,788.37 ) | 2820-000 | | | |
| | | | Real Estate Taxes | | | | |
| | | | Memo Amount: ( 1,248.50 ) | 2500-000 | | | |
| | | | Closing Costs and Title Charges | | | | |
| | | FAIRWAYS OF COUNTRY LAKES TOWNHOME | Memo Amount: ( 3,409.00 ) | 4120-000 | | | |
| | | | Association Dues | | | | |
| C 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 21.31 | | 48,823.27 |
| C 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 41.47 | | 48,864.74 |
| C 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 41.50 | | 48,906.24 |
| C 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 40.19 | | 48,946.43 |
| C 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 41.58 | | 48,988.01 |
| C 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 40.26 | | 49,028.27 |
| C 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 41.63 | | 49,069.90 |
| C 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 41.68 | | 49,111.58 |
| C 02/15/07 | 000301 | International Sureties, Ltd. | BOND | 2300-000 | | 37.89 | 49,073.69 |

LFORM2T4

Ver: 12.52

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Case No:  05-48385 -SQU  
Case Name:  YOUNG, PAUL H  

Taxpayer ID No:  *******2233  
For Period Ending: 09/11/07  

Trustee Name:  GINA B. KROL  
Bank Name:  BANK OF AMERICA, N.A.  
Account Number / CD #:  *******4095  Money Market Account (Interest  

Blanket Bond (per case limit):  $ 5,000,000.00  
Separate Bond (if applicable):  

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Uniform Trans. Code | Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
|  |  | Suite 500<br>203 Carondelet Street<br>New Orleans, LA  70130 | BOND |  |  |  |  |
| C  02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 37.67 |  | 49,111.36 |
| C  03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 41.71 |  | 49,153.07 |
| C  04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 40.41 |  | 49,193.48 |
| C  05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 41.78 |  | 49,235.26 |
| C  06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 40.46 |  | 49,275.72 |
| C  07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 41.86 |  | 49,317.58 |

\* Reversed  
t  Funds Transfer  
C  Bank Cleared  

Memo Allocation Receipts:       207,000.00  
Memo Allocation Disbursements:  158,198.04  

Memo Allocation Net:             48,801.96  

| Account *******4095 | Balance Forward | 0.00 |  |  |
|---|---|---|---|---|
| 1 | Deposits | 48,801.96 | 1 Checks | 37.89 |
| 14 | Interest Postings | 553.51 | 0 Adjustments Out | 0.00 |
|  | Subtotal | $ 49,355.47 | 0 Transfers Out | 0.00 |
|  |  |  | Total | $ 37.89 |
| 0 | Adjustments In | 0.00 |  |  |
| 0 | Transfers In | 0.00 |  |  |
|  | Total | $ 49,355.47 |  |  |

LFORM2T4

Ver: 12.52

**FORM 2**

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-48385 -SQU | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | YOUNG, PAUL H | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4095  Money Market Account (Interest |
| Taxpayer ID No: | *******2233 | | |
| For Period Ending: | 09/11/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature:_____  Date: _____

LFORM2T4

Ver: 12.52