UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| YOUNG, PAUL H | ) | Case No. 05-48385-SQU |
| | ) | |
| Debtor(s). | ) | Hon. JOHN H. SQUIRES |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: DuPage County Courthouse, 505 N. County Farm Rd., Courtroom 2000, Wheaton, IL  60187

    On: **November 30, 2007**            Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | Receipts | $207,553.51 |
    | Disbursements | $158,235.93 |
    | Net Cash Available for Distribution | $49,317.58 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---:|---:|---:|
    | GINA B. KROL<br>*Trustee Compensation* | $0.00 | $13,627.68 | $0.00 |
    | COHEN & KROL<br>*Attorney for Trustee* | $0.00 | $6,381.50 | $74.02 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| N/A | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, secured claims totaling $63,132.16 must be paid in full for there to be any dividend to priority or general unsecured creditors. The secured dividend is anticipated to be 46.3066%.

Allowed secured claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001B | Internal Revenue Service | $63,132.16 | $29,234.38 |

7. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $109,365.20 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001C | Internal Revenue Service | $109,365.20 | $0.00 |

7. Claims of general unsecured creditors totaling $247,959.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.0000% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001A | Internal Revenue Service | $244,003.46 | $0.00 |
| 000002 | Asset Acceptance Llc | $3,955.59 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF BANKRUPTCY COURT, KENNETH S. GARDNER, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Bank Accounts | 90.00 |
| Household Goods | 1,000.00 |
| Piano | 400.00 |
| Clothing | 1,000.00 |
| Jewelry | 200.00 |
| Guns | 300.00 |
| Stock | 480.00 |
| Automobile | 1,650.00 |
| Boat | 21,005.00 |
| Computer | 1,000.00 |
| Items in Storage | 0.00 |

Dated: **October 24, 2007**                                    For the Court,

                                                       By:   **KENNETH S. GARDNER**
                                                             CLERK OF BANKRUPTCY COURT
                                                             KENNETH S. GARDNER

Trustee:        Gina B. Krol
Address:        105 West Madison Street
                Suite 1100
                Chicago, IL  60602-0000
Phone No.:      (312) 368-0300

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2                   Date Rcvd: Oct 24, 2007
Case: 05-48385                 Form ID: pdf002              Total Served: 25

The following entities were served by first class mail on Oct 26, 2007.
db          +Paul H. Young,   30W531 Fairway Drive,   Naperville, IL 60563-9166
aty         +Gina B Krol,   Cohen & Krol,   105 West Madison St Ste 1100,   Chicago, IL 60602-4600
aty         +Joseph E Cohen, Atty,   Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
aty         +Linda M Kujaca,   SmithAmundsen, LLC,   150 N. Michigan Avenue,   Suite 3300,
              Chicago, IL 60601-6004
aty         +Richard G Larsen,   Myler, Ruddy & McTavish,   105 E. Galena Blvd., 8th Floor,
              Aurora, IL 60505-3338
tr          +Gina B Krol, ESQ,   Cohen & Krol,   105 West Madison St Ste 1100,   Chicago, IL 60602-4600
10675683    +Asset Acceptance LLC,   PO Box 2036,   Warren, MI 48090-2036
10086341    +Broida & Tullis, Ltd,   Naperville Corporate Center,   1250 East Diehl Rd., Suite 108,
              Naperville, IL 60563-9338
10086342    +Capital One,   C/O TSYS Debt Management,   PO Box 5155,   Norcross, GA 30091-5155
10086343    +County Clerk of DuPage County,   DuPage County Office Building,   421 County Farm Road,
              Wheaton, IL 60187-3990
10086344    +Diners Club,   C/O Asset Acceptance LLC,   P.O. Box 2036,   Warren, MI 48090-2036
10086345    +DuPage Medical Group,   C/O Merchants Credit Guide,   223 W. Jackson Blvd.,
              Chicago, IL 60606-6908
10086346    +DuPage Medical Group, Ltd.,   1860 Paysphere Circle,   Chicago, IL 60674-0018
10086347    +FNF Capitol, Inc/Global,   Dept. #0325,   Act Dept,   Denver, CO 80256-0001
10086350   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
10086349     Illinois Department of Revenue,   C/O Linebarger Goggan Blair&Sampson,   P.O. Box 06140,
              Chicago, IL 60606-0140
10086360     John Lotus Novak,   DuPage County Treasurer,   P.O. Box 787,   Wheaton, IL 60189-0787
10086361    +Kunes' Majestic Marine,   c/o Thorpe Campton & Christian S C,   Po Box 386,
              Delavan, WI 53115-0386
10086362     MCI,   PO Box 17890,   Denver, CO 80217-0890
10086363    +Naperville Radiologists,   P.O. Box 70,   Hinsdale, IL 60522-0070
10086364     Orthosport,   C/O I.C. System, Inc.,   444 Highway 96 East, PO Box 64437,
              Saint Paul, MN 55164-0437
10086365     TCF Bank,   C/O David T. Cohen & Associates,   10729 est 159th Street,   Orland Park, IL 60467
10086366    +TCF National Bank,   801 Marquette Ave S,   Minneapolis, MN 55402-3475
10086367     Tri-County Radiologists,   C/O Tri-County Accounts Bureau,   P.O. Box 515,
              Wheaton, IL 60189-0515
10769962    +West Suburban Bank,   Gina B. Krol,   Cohen & Krol,   105 West Madison Street #1100,
              Chicago, IL 60602-4600

The following entities were served by electronic transmission.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10086348     Hunt--Bank One
10086351*  ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
10086352*  ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
10086353*  ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
10086354*  ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
10086355*  ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
10086356*  ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
10086357*  ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
10086358*  ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
10086359*  ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
                                                                                           TOTALS: 1, * 9
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Oct 24, 2007
Case: 05-48385                Form ID: pdf002          Total Served: 25
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 26, 2007**             **Signature:** _Joseph Speetjens_