**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

| Case No: | 05-48385 -SQU | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | YOUNG, PAUL H | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4095 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2233 | | |
| For Period Ending: | 08/13/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 06/12/06 | 1 | Martha M. Attiyeh<br>MARTHA M. ATTIYEH<br><br>PORTFOLIO SERVICING, INC.<br><br>COLDWELL BANKER<br><br><br><br>FAIRWAYS OF COUNTRY LAKES TOWNHOME | Sale of Real Estate<br>Memo Amount: 207,000.00<br>Sale of Real Estate<br>Memo Amount: ( 136,037.17 )<br>First Mortgage Payoff<br>Memo Amount: ( 12,715.00 )<br>Broker's Commission<br>Memo Amount: ( 4,788.37 )<br>Real Estate Taxes<br>Memo Amount: ( 1,248.50 )<br>Closing Costs and Title Charges<br>Memo Amount: ( 3,409.00 )<br>Association Dues | 1110-000<br><br>4110-000<br><br>3510-000<br><br>2820-000<br><br>2500-000<br><br>4120-000 | 48,801.96 | | 48,801.96 |
| C 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 21.31 | | 48,823.27 |
| C 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 41.47 | | 48,864.74 |
| C 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 41.50 | | 48,906.24 |
| C 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 40.19 | | 48,946.43 |
| C 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 41.58 | | 48,988.01 |
| C 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 40.26 | | 49,028.27 |
| C 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 41.63 | | 49,069.90 |
| C 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 41.68 | | 49,111.58 |
| C 02/15/07 | 000301 | International Sureties, Ltd.<br>Suite 500 | BOND<br>BOND | 2300-000 | | 37.89 | 49,073.69 |

LFORM2T4

Ver: 14.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:        05-48385 -SQU
Case Name:      YOUNG, PAUL H

Taxpayer ID No: *******2233
For Period Ending: 08/13/08

Trustee Name:   GINA B. KROL
Bank Name:      BANK OF AMERICA, N.A.
Account Number / CD #: *******4095 Money Market Account (Interest Earn

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 203 Carondelet Street<br>New Orleans, LA 70130 | | | | | |
| C 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 37.67 | | 49,111.36 |
| C 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 41.71 | | 49,153.07 |
| C 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 40.41 | | 49,193.48 |
| C 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 41.78 | | 49,235.26 |
| C 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 40.46 | | 49,275.72 |
| C 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 41.86 | | 49,317.58 |
| C 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 41.89 | | 49,359.47 |
| C 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 31.43 | | 49,390.90 |
| C 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 31.47 | | 49,422.37 |
| C 11/29/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 24.64 | | 49,447.01 |
| C t 11/29/07 | | Transfer to Acct #*******4529 | Final Posting Transfer | 9999-000 | | 49,447.01 | 0.00 |

LFORM2T4

Ver: 14.00

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No: | 05-48385 -SQU | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | YOUNG, PAUL H | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4095 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2233 | | |
| For Period Ending: | 08/13/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

\* Reversed
t Funds Transfer
C Bank Cleared

Memo Allocation Receipts: 207,000.00
Memo Allocation Disbursements: 158,198.04
Memo Allocation Net: 48,801.96

| Account *******4095 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 1 | Deposits | 48,801.96 | 1 | Checks | 37.89 |
| 18 | Interest Postings | 682.94 | 0 | Adjustments Out | 0.00 |
| | Subtotal | $ 49,484.90 | 1 | Transfers Out | 49,447.01 |
| 0 | Adjustments In | 0.00 | | Total | $ 49,484.90 |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 49,484.90 | | | |

LFORM2T4

Ver: 14.00

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-48385 -SQU | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | YOUNG, PAUL H | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4529 BofA - Checking Account |
| Taxpayer ID No: | *******2233 | | |
| For Period Ending: | 08/13/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  11/29/07 | | Transfer from Acct #*******4095 | Transfer In From MMA Account | 9999-000 | 49,447.01 | | 49,447.01 |
| C  12/03/07 | 003001 | GINA B. KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 13,627.68 | 35,819.33 |
| C  12/03/07 | 003002 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Attorneys' fees per court order | 3110-000 | | 4,254.33 | 31,565.00 |
| C  12/03/07 | 003003 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Attorney Expenses per court order | 3120-000 | | 74.02 | 31,490.98 |
| C  12/03/07 | 003004 | Gina B. Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Attorneys fees per Court order | 3110-000 | | 2,127.17 | 29,363.81 |
| C  12/03/07 | 003005 | Internal Revenue Service<br>230 S Dearborn<br>Mail Stop 5010 CHI<br>Chicago, IL 60604 | Claim 000001B, Payment 46.51165% | 4300-000 | | 29,363.81 | 0.00 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-48385 -SQU | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | YOUNG, PAUL H | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4529 BofA - Checking Account |
| Taxpayer ID No: | *******2233 | | |
| For Period Ending: | 08/13/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

\* Reversed
t Funds Transfer
C Bank Cleared

| | | | | |
|---|---|---|---|---|
| Account *******4529 | Balance Forward | 0.00 | | |
| 0 | Deposits | 0.00 | 5 Checks | 49,447.01 |
| 0 | Interest Postings | 0.00 | 0 Adjustments Out | 0.00 |
| | | | 0 Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | |
| | | | Total | $ 49,447.01 |
| 0 | Adjustments In | 0.00 | | |
| 1 | Transfers In | 49,447.01 | | |
| | Total | $ 49,447.01 | | |

Memo Allocation Receipts: 0.00
Memo Allocation Disbursements: 0.00

Memo Allocation Net: 0.00

Total Allocation Receipts: 207,000.00
Total Allocation Disbursements: 158,198.04

Total Memo Allocation Net: 48,801.96

| Report Totals | Balance Forward | 0.00 | | |
|---|---|---|---|---|
| 1 | Deposits | 48,801.96 | 6 Checks | 49,484.90 |
| 18 | Interest Postings | 682.94 | 0 Adjustments Out | 0.00 |
| | | | 1 Transfers Out | 49,447.01 |
| | Subtotal | $ 49,484.90 | | |
| | | | Total | $ 98,931.91 |
| 0 | Adjustments In | 0.00 | | |
| 1 | Transfers In | 49,447.01 | | |
| | Total | $ 98,931.91 | Net Total Balance | $ 0.00 |

Trustee's Signature: /s/ GINA B. KROL    Date: 08/13/08
GINA B. KROL

LFORM2T4

Ver: 14.00